UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gladys Coleman
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NYC, NYPD, Police Officer, Det. ORTiz
SGt FRANCIS
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

# 16 CV 1354

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes ☑ No
(check one)

RECEIVED
FEB 22 2016
PRO SE OFFICE

RECEIVED
SDNY PRO SE OFFICE
2016 FEB 22 AM 10:54
S.D. OF N.Y.

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name Gladys Coleman
ID # _____
Current Institution None
Address 413 Miller Ave Brooklyn N.Y. 11207

List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name Det Ortiz    Shield # 6128
Where Currently Employed NBBN
Address 75 Pct Sutter Ave
Brooklyn N.Y. East N.Y. 11207

*Rev. 05/2010*                              1

Defendant No. 2   Name SGT FRANCIS _____ Shield #_____
                  Where Currently Employed 75 PCT East NY
                  Address Sutter Ave Brooklyn N.Y. 11207

Defendant No. 3   Name NYC _____ Shield #_____
                  Where Currently Employed _____
                  Address _____

Defendant No. 4   Name NYPD _____ Shield #_____
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name Brooklyn North task force Shield #_____
                  Where Currently Employed _____
                  Address _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     None

B.   Where in the institution did the events giving rise to your claim(s) occur?
     None

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     2/11/16

D. Facts:

*What happened to you?*

*Who did what?*

I was coming from a friend of mines home, when I was coming down the staircase I ran into another person that I haven't seen since High school. I notice that Det Ortiz and other officers were harrassing him and yelling and cursing at him he was coming in the building I was coming out. I stopped and asked my ▮▮▮▮ friend if he was alright.

*Was anyone else involved?*

Then Det Ortiz went down the stairs and came ▮ back up with another officer, with a black grocery bag, which had what they said was a fake gun.

Please see attachment

*Who else saw what happened?*

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

Yes these male officers slammed me up against the wall face 1st I was kicked on the left side of my knee cap and they had my nose bleed

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **NONe**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes \_\_\_\_  No \_\_\_\_  Do Not Know \_\_\_\_

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes \_\_\_\_  No \_\_\_\_  Do Not Know \_\_\_\_

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes \_\_\_\_  No \_\_\_\_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes \_\_\_\_  No \_\_\_\_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: ~~[crossed out]~~

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Det Ortiz had No proAble cause to search me being that I am a lady. These officers were suppose to call a female officer to frisk, search or anything else

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am Requesting that Det Ortiz is suspended without pay, and is stripped of his gun, sheild and Police ID. And if these officers are found to have fabricated the police reports or are caught in any form of corruption they are to face criminal charges and be terminated ASAP. I am Requesting a Restraing order against the 75 pct, Brooklyn North Task force Det Ortiz, Sgt Francis an order to stay Away from my home myself Being that they violated my Civil and constitutional Rights by searching frisking me with know female officer present. See Attachment

VI. Previous lawsuits:

> On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of Feb, 2016

Signature of Plaintiff: *Gladys Coleman*

Inmate Number: [crossed out]

Institution Address: 413 Miller Ave Brooklyn N.Y. 11207

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 2 day of Feb, 2016 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Gladys Coleman*

(Attachment)

Once I started asking questions about what the problem was. Det. Ortiz started yelling and cursing telling me to be easy. The next thing I knew one of the other officers ask me did I have anything on me. I said just a bag of rice. Then Det. Ortiz told the other officers to hold me and thats when Det. Ortiz said to the other officers, that we cant let them go, she seen to much and as of now I am placing the flare gun on him and the crackpipe on her, they both have criminal records.

Next thing I knew was that 2 male officers were manhandleing me one held me while the other went in all my pockets and found nothing. My friend they just cuffed. Me and my friend both kept saying that it wasnt our things, But Det Ortiz kept saying that they are now. After they searched me they found nothing and they found nothing on him. But while the officers were manhandling me and going through pockets I kept asking them isnt a female officer suppose to search me Det Ortiz said we are the NYPD we do what we want and you under arrest just for being in the wrong place at the wrong time.

P 3 — 

Then Det Ortiz said to me after he ran my name that I had another pending criminal case and he was going to make sure that I was locked up since I wanted to be a smart ass and file a lawsuit against them. I am filing this claim against the Det Ortiz, Sgt Francis on the grounds of Discrimination, improper procedure of stop, frisk, and search and improper procedure to follow CPL penal law by the book. Det Ortiz stated that he and the Brooklyn North task force was going to make sure that I lost my federal complaint against them. He also said that everytime he seen me he was going to make sure he locked me up

pg I said to Det Ortiz that if he chose to do so then that was on him. I said I would see my complaints to the end no matter what. Therefore I am sueing the NYPD, Det Ortiz, and Sgt. Francis in the amount of 75 million dollars, and I request that Det. Ortiz and Sgt. Francis are suspended without pay and are ordered to turn in there sheilds and guns to Federal court, until this case has a Judgement. And if they are found guilty of any malice fabrication of any sort they are to be terminated.

P5. And brought up on Criminal Charges. And if any of these Police reports are found to have been fabricated or if Det. Ortiz, and Sgt. Francis are caught in any form of corruption they are to be arrested by the US Marshalls and confined to jail. Please be advised that I am requesting an order of protection and a restraining order, against the NYPD, Det. Ortiz, Sgt Francis and all other John Does that are employed by the NYPD.

P 6 An order for Sgt. Francis, Det Ortiz and the John does employed by the NYPD to stay away from myself Home, work, an order not to harrass, unless proven probable cause exist and it is mandatory that a High Ranking Commanding Officer is present during such a time